# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN SELTZ, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>    v.<br><br>CUSHMAN & WAKEFIELD, INC.,<br>                              Defendant. | Case No. 1:18-cv-02092-BAH |

## JOINT STATUS REPORT AND JOINT MOTION TO EXTEND STAY

Plaintiff Ryan Seltz ("Plaintiff") and Defendant Cushman & Wakefield, Inc. ("Defendant" and, together with Plaintiff, the "Parties") hereby submit this Joint Status Report and Joint Motion to Extend Stay, pursuant to the Court's November 26, 2018 Order (the "Order").

On November 21, 2018, the Parties jointly filed a Stipulation to Stay Action and Toll Statute of Limitations (the "Stipulation"). In their Stipulation, the Parties represented that they had agreed to attend mediation with a private mediator on or before March 1, 2019. The Parties further requested that all discovery and other proceedings be stayed through March 1, 2019, pending the outcome of the Parties' settlement negotiations. The Stipulation provided that the Parties may extend the stay by further written agreement with the Court's approval.

On November 26, 2018, the Court entered the Order staying discovery and all other proceedings, tolling the statutes of limitations applicable to certain of the Plaintiff's and the putative class's claims, and directing the Parties to file a joint status report no later than March 1, 2019, advising the Court whether the stay should be extended or proposing a schedule for further proceedings.

Following the entry of the Order, the Parties agreed to attend mediation before a private mediator on March 27, 2019.

WHEREFORE, the Parties jointly and respectfully request that the Court extend previously-entered stay of proceedings until and including April 3, 2019, in order to allow the Parties to attend mediation and continue their good faith efforts to reach a resolution of this dispute.

Dated: February 28, 2019

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| RYAN SELTZ | CUSHMAN & WAKEFIELD, INC. |
| By: /s/ Sally J. Abrahamson | By: /s/ Sadina Montani |

Sally J. Abrahamson
DC Bar No. 99058
Outten & Golden LLP
601 Massachusetts Ave. NW
Suite 200W
Washington, DC 20001
(202) 847-4400
sabrahamson@outtengolden.com

Justin M. Swartz
Admitted *pro hac vice*
Deirdre Aaron
Admitted *pro hac vice*
Outten & Golden LLP
685 Third Ave., 25th Floor
New York, NY 10017
(212) 245-1000
jms@outtengolden.com
daaron@outtengolden.com

Gregg I. Shavitz
*Pro hac vice* application forthcoming
Shavitz Law Group, P.A.
951 Yamato Road, Suite 285
Boca Raton, FL 33431
(561) 447-8888
gshavitz@shavitzlaw.com

*Attorneys for Plaintiff Ryan Seltz*

Sadina Montani
DC Bar No. 988999
Margaret Inomata
DC Bar No. 1015621
Vedder Price P.C.
1401 I Street NW, Suite 1100
Washington, DC 20005
(202) 312-3320
(202) 312-3322
smontani@vedderprice.com
minomata@vedderprice.com

Brendan G. Dolan
Admitted *pro hac vice*
Vedder Price P.C.
275 Battery Street, Suite 2464
San Francisco, CA 94111
T: (415) 749-9530
F: (415) 749-9502
bdolan@vedderprice.com

*Attorneys for Defendant Cushman & Wakefield, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2019, I caused the foregoing JOINT STATUS REPORT AND MOTION TO EXTEND STAY to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the case.

/s/ Sadina Montani
Sadina Montani

WASHINGTON_DC/#72186.1